IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

G.J., a minor, ESTATE OF
LOGAN JOHNSRUD and ERIK
JOHNSRUD,

        Plaintiffs and
        Crossclaim Defendants,        ORDER

NORTH CENTRAL STATES REGIONAL        20-cv-108-wmc
COUNCIL OF CARPENTERS HEALTH FUND,

        Involuntary Plaintiff
        and Cross-Claimant,

    v.

WOOD COUNTY and NATHAN DEAN,

        Defendants.

The court held a telephonic hearing on plaintiffs' motion to enforce settlement and related motions by interested party and former Special Administrator of the Estate of Logan Johnsrud Egypt Bostic. Plaintiffs Gabriel Johnsrud, the Estate of Logan Johnsrud and Erik Johnsrud appeared by counsel and Erik Johnsrud also appeared personally; Egypt Bostic appeared personally; and defendants appeared personally. For the reasons described on the record, the court resolved all pending motions. Accordingly, IT IS ORDERED that:

1) Plaintiffs' motion to enforce settlement agreement (dkt. #95) is GRANTED.

2) Plaintiffs' motion to withdraw as counsel for Egypt Bostic in her role as Special Administrator of the Estate and mother to plaintiff Gabriel Johnsrud (dkt. #94) is DENIED AS MOOT.

3) Interested parties Egypt Bostic and Nicole Marie Hansen's various motions (dkt. ##101, 103, 104) are DENIED FOR LACK OF STANDING.

4) The clerk's office is directed to disperse the funds received from defendant Wood County as listed below. Any accrued interest should be paid to the Estate of Logan Johnsrud. The court will provide the addresses and other pertinent information separately.
   - $1,235,481.35 to the Estate of Logan Johnsrud
   - $150,000 to Erik Johnsrud
   - $3,272.81 to the Department of Veterans Affairs
   - $961,245.84 to Gingras, Thomsen and Wachs LLP

5) In light of this settlement, this case is hereby DISMISSED WITH PREJUDICE AND WITHOUT COSTS.

Entered this 27th day of September, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge